UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORGE LUIS ZAMBRANO PAZ,           Case No. 25-13563

    Plaintiff,                                 F. Kay Behm
v.                                           United States District Judge

KEVIN RAYCRAFT, FIELD OFFICE
DIRECTOR, DETROIT FIELD OFFICE,
IMMIGRATION AND CUSTOMS
ENFORCEMENT,
    Defendant.
_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order granting the Petition for a Writ of Habeas Corpus, this case is closed. This is a final order.

**SO ORDERED**.

Date: December 12, 2025                 s/F. Kay Behm
                                                    F. Kay Behm
                                                    United States District Judge